# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARTHA GUILLEN GONZALEZ, | Case No. 1:25-cv-00141-KES-SAB |
|---|---|
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES |
| v. | |
| NEXUS ADMINISTRATORS, LLC, et al., | (ECF No. 2) |
| Defendants. | **DEADLINE: THIRTY DAYS** |

Plaintiff Martha Guillen Gonzalez, proceeding *pro se*, filed a complaint in this action on February 4, 2025. (ECF No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) However, the Court cannot determine from the information provided in the application if Plaintiff is entitled to proceed in this action without prepayment of fees.

Therefore, the Court shall order that Plaintiff complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the Long Form, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;

1

2. **Within thirty (30) days** of issuance of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) file a long form application to proceed *in forma pauperis* without prepayment of the fee; and

3. If Plaintiff fails to comply with this order, the Court will recommend that this action be dismissed.

IT IS SO ORDERED.

Dated: **February 5, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2