1
2
3
4
5
6
7

8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11

MARTHA GUILLEN GONZALEZ,

12

Plaintiff,

13

v.

14

NEXUS ADMINISTRATORS, LLC, et al.,

15

Defendants.

16

17

Case No. 1:25-cv-00141-KES-SAB

ORDER TO SHOW CAUSE WHY PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS SHOULD NOT BE DENIED

(ECF Nos. 2, 3)

**FOURTEEN DAY DEADLINE**

18    Plaintiff Martha Guillen Gonzalez, proceeding *pro se*, filed a complaint in this action on

19 February 4, 2025.  (ECF No. 1.)  Plaintiff did not pay the filing fee and instead filed an

20 application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  However,

21 the Court cannot determine from the information provided in the application if Plaintiff is

22 entitled to proceed in this action without prepayment of fees.  Therefore, the Court ordered that

23 Plaintiff complete and file an Application to Proceed in District Court Without Prepaying Fees or

24 Costs (Long Form) – AO 239, which the Clerk of Court attached to the order.  (ECF No. 3.)  The

25 Court noted that if Plaintiff is unwilling to complete and submit the Long Form within thirty

26 days, Plaintiff must pay the filing fee in full.

27 / / /

28 / / /

Plaintiff has failed to comply with the Court's order and the time to do so has passed. Accordingly, it is HEREBY ORDERED that Plaintiff show cause within **fourteen (14)** days from the date of service of this order why her application to proceed *in forma pauperis* should not be denied.   <u>Submitting a completed Long Form application would satisfy this order.</u> Alternatively, Plaintiff may pay the $405.00 filing fee in this action.  If Plaintiff fails to comply with this order, the Court shall recommend that Plaintiff's application be denied.

IT IS SO ORDERED.

Dated:   **March 12, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2