UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA GUILLEN GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>NEXUS ADMINISTRATORS, LLC, et al.,<br><br>Defendants. | Case No. 1:25-cv-00141-KES-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING PLAINTIFF TO PAY THE FILING FEE<br><br>Docs. 2, 5<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Martha Guillen Gonzalez proceeds pro se in this civil action initiated on February 4, 2025. Doc. 1. Plaintiff filed an application to proceed in forma pauperis the same day. Doc. 2. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On April 7, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed in forma pauperis be denied and that plaintiff be directed to pay the $405.00 filing fee in full to proceed with this action. Doc. 5. Specifically, the magistrate judge found that the limited information contained in plaintiff's application was inconsistent with a finding of poverty based on plaintiff's income received in the past twelve months, her stated monthly expenses, and her stated assets. *Id.* at 4. Those findings and recommendations were served on plaintiff and contained notice that any objections thereto

were to be filed within 14 days after service. *Id.* Plaintiff did not file objections and the deadline to do so has passed.

Pursuant to 28 U.S.C. § 636 (b)(1), this Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on April 7, 2025, Doc. 5, are adopted in full;
2. Plaintiff's application to proceed in forma pauperis, Doc. 2, is denied; and
3. Within **twenty-one (21) days** following the date of service of this Order, plaintiff shall pay the $405.00 filing fee in full if she wishes to proceed with this action.

**Plaintiff is advised that failure to pay the filing fee as ordered will result in the dismissal of this action without prejudice and without further notice.**

IT IS SO ORDERED.

Dated: July 27, 2025

_____
UNITED STATES DISTRICT JUDGE

2