UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA GUILLEN GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>NEXUS ADMINISTRATORS, LLC, et al.,<br><br>Defendants. | Case No. 1:25-cv-00141-KES-SAB<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

On July 28, 2025, the Court issued an order denying plaintiff's application to proceed in forma pauperis and ordered plaintiff to pay the $405.00 filing fee within 21 days to proceed with this action. Doc. 6. Despite the Court's warning that "failure to pay the filing fee as ordered will result in the dismissal of this action without prejudice and without further notice," *id.* at 3 (emphasis omitted), plaintiff has failed to pay the required fee. Without such payment, this action cannot proceed. *See* 28 U.S.C. § 1914(a); L.R. 121(c); *Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995); *Saddozai v. Davis*, 35 F.4th 705, 709 (9th Cir. 2022).

///

///

///

///

1

Accordingly:

1. This action is dismissed without prejudice for plaintiff's failure to pay the filing fee; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   August 29, 2025

UNITED STATES DISTRICT JUDGE

2